AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA, LORETTA A. | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | 03/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE, SENIOR | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
500 PEARL STREET, ROOM 2220
NEW YORK, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-President | Fordham Law Alumni Association |
| 2. | Trustee | Trust # 11 |
| 3. | Advisory Board | Federalist Society, New York Chapter |
| 4. | Trustee Emerita | Fordham University |
| 5. | Member of the Independent Oversight Committee | Independent Reconciliation and Compensation Program of the Archdiocese of New York |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self Employed Lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. NYSBA | November 5-8 | Tokyo | Speaker on Panel | Airfare, ground transportation, meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | G | Interest | P1 | T | | | | | |
| 2. M&T Bank Accounts | B | Interest | M | T | | | | | |
| 3. Trust # 10 (H) | | | | | | | | | |
| 4. -Fidelity Municipal MMF | A | Dividend | L | T | | | | | |
| 5. -SPDR Mid Cap 400 ETF | B | Dividend | M | T | | | | | |
| 6. -NY State Loc Govt Assistance Corp Subordinate Lien Ref Bonds | A | Interest | K | T | | | | | |
| 7. -Florida State Brd Ed Pub Ed Ref Bonds | A | Interest | K | T | | | | | |
| 8. -Palm Beach Fl Rep Ref Cap Impt Pro-A Bonds | A | Interest | | | Sold | 01/02/19 | K | | |
| 9. -Harris County TX Met Tran Auth Sales & Use Tax Red Bonds | A | Interest | K | T | | | | | |
| 10. -WA State Var Purp Bonds | A | Interest | | | Sold | 01/02/18 | K | | |
| 11. -McHenry County IL Cmnty Unit Ach Dist Ref Bonds | A | Interest | K | T | | | | | |
| 12. -Huntsville AL General Oblig Ref Cap Imp Warrants | A | Interest | J | T | | | | | |
| 13. -Venga LLC | | | K | W | | | | | |
| 14. -Cary NC Pub Impt Ref Bonds | A | Interest | K | T | | | | | |
| 15. -Boston MA Water and Sewer Commn Gen Rev Ref Bonds | A | Interest | K | T | | | | | |
| 16. -Marion and Polk Counties OR sch Dist No 24 J Salem Bonds | A | Interest | | | Sold | 06/15/18 | K | | |
| 17. -DC Washington DC Income Tax Secd Rev Ref Bonds | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Sustainable Waste Power Systems, Inc. Common Stock | | | K | W | | | | | |
| 19. -Blackrock Strategic Municipal Opportunities Fund | E | Dividend | M | T | Sold (part) | 04/30/19 | J | A | |
| 20. | | | | | Sold (part) | 06/13/19 | K | A | |
| 21. -CT Hsg Fin Auth Mtg Ref Bonds | A | Interest | J | T | | | | | |
| 22. -Glendale AZ Un HS Dist Bonds | A | Dividend | J | T | | | | | |
| 23. -Corona CA Pub Fin Auth Leave Rev Bonds | A | Dividend | K | T | | | | | |
| 24. -Fidelity Money Market Premium Class | B | Dividend | L | T | | | | | |
| 25. -Okla Ste Fin Auth St Sys Higher Ed Bonds | A | Interest | J | T | | | | | |
| 26. -CA Bay Area Toll Auth Bridge Rev. Bonds | A | Interest | K | T | | | | | |
| 27. -NY St Dorm Auth Sales Tax St Supported Debt Rev Bonds | B | Interest | K | T | Buy | 01/07/19 | K | | |
| 28. -Irving TX Ind Sch Dist Rev Bonds | A | Interest | J | T | Buy | 07/03/19 | J | | |
| 29. Trust # 11 (H) | | | | | | | | | |
| 30. -Fidelity Cash MMKT | A | Dividend | J | T | | | | | |
| 31. -Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 32. -Fidelity Money Market Premium Class | B | Dividend | J | T | | | | | |
| 33. -Midland Tex College Dist Ref Bonds | B | Interest | | | Sold | 02/15/19 | M | | |
| 34. -North Carolina St Grant Antic Rev Bonds | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Florida St Brd Ed Pub Ed Cap Outlay Bonds | A | Interest | | | Sold | 06/03/19 | K | | |
| 36. -Charlotte NC Genl Oblig Ref Bonds | C | Interest | L | T | | | | | |
| 37. -Mesa Ariz Util Sys Rev Ref Bonds | A | Interest | J | T | | | | | |
| 38. -Washington St Var Purp Genl Oblig Ref Bonds | C | Interest | L | T | | | | | |
| 39. -College Station Tex CTFS Oblig ID Bonds | B | Interest | K | T | | | | | |
| 40. -Broward Cnty Fl Sch Board CTFS Partn Rev Bonds | A | Interest | J | T | | | | | |
| 41. -Illinois Fin Auth Advocate Helth Care Network Rev Bonds | A | Interest | J | T | | | | | |
| 42. -Utah Assd Mun Pwr Sys Rev Ref Bonds | A | Interest | K | T | | | | | |
| 43. -Rockford Ill Genl Oblig Ref Bonds | A | Interest | K | T | | | | | |
| 44. -Atlanta GA Tax Allocation Rev Ser Bonds | C | Interest | L | T | | | | | |
| 45. -Michigan Fin Auth Rev Ref Bonds | C | Interest | L | T | | | | | |
| 46. -Louisville & Jefferson Cnty KY Metro Govt Heal Sys Rev Bonds | A | Interest | K | T | | | | | |
| 47. -Conroe Tex Bonds | C | Interest | L | T | | | | | |
| 48. -Illinois St Sales Tax Rev Bonds | A | Interest | | | Sold | 06/17/19 | L | | |
| 49. -Texas A&M Univ Revs Bonds | C | Interest | | | Sold | 11/15/19 | L | | |
| 50. -Pennsylvania Turnpike Commn Turnpike Rev Bonds | A | Interest | | | Sold | 12/02/19 | L | | |
| 51. -Scago EDL Facs Corp for Calhoun Sch Dist Rev Ref Bonds | A | Interest | | | Sold | 12/01/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Ohio St Higher Edu Ref Bonds | C | Interest | L | T | | | | | |
| 53. -Essex Cnty NJ Impt Auth Proj Cons Ref Bonds | B | Interest | L | T | | | | | |
| 54. -New Jersey St Tpk Rev Bonds | A | Interest | K | T | | | | | |
| 55. -Texas St Univ Sys Fing Rev Ref Bonds | A | Interest | K | T | | | | | |
| 56. -Clay Cnty MO CTFS Partn Bonds | A | Interest | K | T | | | | | |
| 57. -Pennsylvania St Commn Tpk Rev Ref Bonds | A | Interest | | | Sold | 12/02/19 | K | | |
| 58. -Camden Cnty NJ Impt Auth Rev Bonds | C | Interest | L | T | | | | | |
| 59. -Western Mn Mun Pwr Agy Minn Pwr Supply Bonds | A | Interest | J | T | | | | | |
| 60. -MC Henry Cnty Ill Cmnty Unit Sch Dist Ref Bonds | A | Interest | J | T | | | | | |
| 61. -University Wash Univ Gen Rev Ref Bonds | C | Interest | L | T | | | | | |
| 62. -Hillsborough Cnty Fla Sch Brd CTFS Partn Rev Ref Bonds | D | Interest | L | T | | | | | |
| 63. -Metropolitan Govt Nashville & Davidson Genl Oblig Ref Bonds | A | Interest | J | T | | | | | |
| 64. -Purdue Univ Ind Univ Revs Student Fac Sys Bonds | D | Interest | L | T | | | | | |
| 65. -Arlington Tex Mun Drain Util Sys Rev Bonds | C | Interest | L | T | | | | | |
| 66. -Essex Cnty NJ Impt Auth Proj Cons Rev Ref Bonds | A | Interest | L | T | | | | | |
| 67. -Illinois Mun Elec Agy Pwr Supply Sys Rev Ref Bonds | B | Interest | K | T | | | | | |
| 68. -Maricopa Cnty Ariz Un High Sch Dist Bonds | A | Interest | K | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Metropolitan Govt Nashville & Davidson Genl Oblig Ref Bonds | A | Interest | K | T | | | | | |
| 70. | -Decatur Ala City Brd Ed Spl Tax Sch Wts Bonds | C | Interest | L | T | | | | | |
| 71. | -Killeen Tex Indpt Sch Dist Tax Sch Bldg Bonds | B | Interest | K | T | | | | | |
| 72. | - Hudsonville Mich Pub Schs Sch Bldg and Site Genl Oblig Bonds | A | Interest | J | T | | | | | |
| 73. | -Hillsborough Cnty Fla Sch Brd Ctfs Partn Rev Ref Bonds | B | Interest | K | T | | | | | |
| 74. | -Ector Cnty Tex Indpt Sch Dist Bonds | B | Interest | K | T | | | | | |
| 75. | -Douglas Cnty Colo Sch Dist No Re-1 Douglas & Elbert Cntys Bonds | B | Interest | K | T | | | | | |
| 76. | -Orlando Fla Utilities Commn Utils Rev Ref Bonds | A | Interest | K | T | Buy | 01/17/19 | K | | |
| 77. | -Utica Mich Cmnty Schs Genl Oblig Ref Bonds | A | Interest | K | T | Buy | 02/20/19 | K | | |
| 78. | -NY NY GO Bonds | C | Interest | L | T | Buy | 03/19/19 | L | | |
| 79. | -NC St Grant Antic Rev Bonds | B | Interest | | | Buy | 02/20/19 | M | | |
| 80. | | | | | | Sold | 03/01/19 | L | | |
| 81. | -Jefferson County KY Sch Dist Fin Corp Sch Bldg Bonds | C | Interest | L | T | Buy | 06/05/19 | L | | |
| 82. | -Montgomery County PA Higher Ed and Health Auth Rev Bonds | C | Interest | L | T | Buy | 06/21/19 | L | | |
| 83. | -Trinity River Auth TLX Rev Bonds | A | Interest | K | T | Buy | 07/03/19 | K | | |
| 84. | -MA St HSG Fin Rev Bonds | B | Interest | L | T | Buy | 11/21/19 | L | | |
| 85. | -Spokane County Wash GO Bonds | C | Interest | M | T | Buy | 12/06/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Will Grundy ETC Catys IL Cmnty College Bonds | A | Interest | K | T | Buy | 12/16/19 | K | | |
| 87. IRA # 9 (H) | | | | | | | | | |
| 88. -Fidelity Gov't Cash Reserves | F | Dividend | P2 | T | | | | | |
| 89. -Baltimore Cnty MD Pub Imp Go Bonds | D | Interest | M | T | | | | | |
| 90. -NYC Transitional Fin Auth Bonds | A | Interest | L | T | | | | | |
| 91. -NYS Dorm Auth PERS Income Tax Bonds | D | Interest | L | T | | | | | |
| 92. -San Francisco CA City & County Pub Ultility Build America Bonds | C | Interest | L | T | | | | | |
| 93. -VA College Bldg Auth EDL FACS Bonds | C | Interest | K | T | | | | | |
| 94. -Mass State Bonds | D | Interest | L | T | Buy | 01/09/19 | K | | |
| 95. -NYS Urban Dev Corp Rev Bonds | C | Interest | M | T | Buy | 01/09/19 | L | | |
| 96. -Texas A&M Univ Rev Bonds | D | Interest | M | T | Buy | 01/09/19 | L | | |
| 97. -San Francisco CA City and Cnty Appts GO Bonds | C | Interest | M | T | Buy | 01/11/19 | L | | |
| 98. -Mass Dept Trans Met Hwy Sys Bonds | C | Interest | L | T | Buy | 01/16/19 | L | | |
| 99. -Mass St College Auth Rev Ref Bonds | B | Interest | K | T | Buy | 01/16/19 | K | | |
| 100. -Waukesha WI Genl Oblig Ref Bonds | C | Interest | L | T | Buy | 01/16/19 | L | | |
| 101. -Charlotte NC CTFS Partn Bonds | A | Interest | K | T | Buy | 01/14/19 | K | | |
| 102. -JEA FLA Bulk Supply Sys Rev Build America Bonds | B | Interest | K | T | Buy | 01/14/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Nevada St Gen Orig Ref Bonds | A | Interest | K | T | Buy | 01/14/19 | K | | |
| 104.  -Kenusha WIS GO Bonds | C | Interest | L | T | Buy | 02/05/19 | L | | |
| 105.  -Oregon St Bonds | D | Interest | M | T | Buy | 02/14/19 | M | | |
| 106. | | | | | Buy<br>(add'l) | 03/28/19 | L | | |
| 107.  -NY Taxable GO Bonds | D | Interest | M | T | Buy | 03/17/19 | M | | |
| 108.  -CA ST Bonds | C | Interest | M | T | Buy | 03/27/19 | M | | |
| 109.  -Gaston Cnty NC Ltd Oblig Tax Rev Bonds | C | Interest | M | T | Buy | 04/12/19 | M | | |
| 110.  -Okla City OK Gen Oblig Bonds | C | Interest | M | T | Buy | 04/17/19 | M | | |
| 111.  -Az BD Regents Univ AMZ Sys Bonds | B | Interest | K | T | Buy | 04/24/19 | K | | |
| 112.  -Metro Ore Gen Oblig Bonds | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 113.  -Minneapolis MN HSG IMP Area Gen<br>Oblig Bonds | D | Interest | N | T | Buy | 05/15/19 | N | | |
| 114.  -Austin TX Elec Util Sys Bonds | D | Interest | N | T | Buy | 05/23/19 | N | | |
| 115.  -Texas A&M Fin Sys Rev Bonds | C | Interest | L | T | Buy | 06/25/19 | L | | |
| 116.  -Chester Cnty PA Bonds | C | Interest | M | T | Buy | 06/25/19 | M | | |
| 117.  -Georgia St GO Bonds | C | Interest | M | T | Buy | 06/25/19 | M | | |
| 118.  -Frisco TX Comb Tax Surplus CTFS Oblig<br>Bonds | C | Interest | L | T | Buy | 06/27/19 | L | | |
| 119.  -MN St Various Purp GO Bonds | D | Interest | M | T | Buy | 08/07/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -NYC Transitional Fin Auth Rev Bonds | C | Interest | M | T | Buy | 08/07/19 | M | | |
| 121.  -DFW TX Intl Trsprt Arpt Ref Bonds | C | Interest | M | T | Buy | 08/08/19 | M | | |
| 122.  -Portsmouth VA GO Bonds | D | Interest | N | T | Buy | 08/13/19 | N | | |
| 123.  -Univ Colo Enterprise System Taxable Rev Bonds | A | Interest | M | T | Buy | 08/23/19 | L | | |
| 124. | | | | | Buy (add'l) | 08/26/19 | L | | |
| 125.  -MS State Taxable GO Bonds | C | Interest | L | T | Buy | 09/27/19 | L | | |
| 126.  -Brunswick Cnty NC Eastern Sys Bonds | C | Interest | L | T | Buy | 10/24/19 | L | | |
| 127.  -Honolulu HA City & Cnty Waste Water System Bonds | C | Interest | M | T | Buy | 10/24/19 | M | | |
| 128.  -Katy TX Inv Sch Dist Bonds | B | Interest | M | T | Buy | 10/23/19 | M | | |
| 129.  -VA Res Auth Infrastructure bonds | D | Interest | N | T | Buy | 10/30/19 | N | | |
| 130.  -Palm Beach FLA Taxable Pub Impt Ref Bonds | A | Interest | J | T | Buy | 12/05/19 | J | | |
| 131.  -MI Fin Auth Taxable Hosp Bonds | C | Interest | M | T | Buy | 12/05/19 | M | | |
| 132.  IRA # 10 (H) | | | | | | | | | |
| 133.  -NYS Dorm Auth Pers Income Tax Bonds | D | Interest | M | T | | | | | |
| 134.  -Baltimore Cnty MD Pub Imp GO Bonds | A | Interest | L | T | | | | | |
| 135.  -NYC Transitional Fin Auth Bonds | C | Interest | L | T | | | | | |
| 136.  -CA Univ Regents Taxable Gen Rev Bonds | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -NYS Dorm Auth Bonds | D | Interest | L | T | | | | | |
| 138.  -Mass State Bonds | C | Interest | L | T | Buy | 01/09/19 | K | | |
| 139.  -Texas A&M Bonds | C | Interest | L | T | Buy | 01/09/19 | L | | |
| 140.  -San Fran CA City & Cnty Arpts GO Bond | B | Interest | L | T | Buy | 01/11/19 | L | | |
| 141.  -Mass Dept Transp Met Hwy Rev Ref Bonds | C | Interest | L | T | Buy | 01/16/19 | L | | |
| 142.  -Massachusetts St College Bldg Auth Rev Ref Bonds | B | Interest | K | T | Buy | 01/16/19 | K | | |
| 143.  -Waukesha Wis Gen Oblig Ref Bonds | C | Interest | L | T | Buy | 01/16/19 | K | | |
| 144.  -NV State Genl Oblig Ref Bonds | B | Interest | L | T | Buy | 01/14/19 | L | | |
| 145.  -Portland OR JELO-WEN Field Proj Rev Bonds | A | Interest | K | T | Buy | 01/14/19 | K | | |
| 146.  -Oregon State Bonds | C | Interest | M | T | Buy | 02/14/19 | M | | |
| 147.  -Kenosha Wis Genl Oblig Taxable Premium Notes | C | Interest | L | T | Buy | 02/05/19 | L | | |
| 148.  -NY Taxable Gen Oblig Bonds | C | Interest | M | T | Buy | 03/07/19 | L | | |
| 149. | | | | | Buy (add'l) | 03/19/19 | M | | |
| 150.  -Oregon St Dept Admin Svcs CTFS Rev Bonds | C | Interest | L | T | Buy | 03/07/19 | L | | |
| 151. | | | | | Buy (add'l) | 03/29/19 | L | | |
| 152.  -CA ST bonds | C | Interest | M | T | Buy | 03/27/19 | M | | |
| 153.  -Gaston Cnty NC Gen LTD Oblig Tax Rev Bonds | D | Interest | M | T | Buy | 04/12/19 | M | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -Okla City OK Gen Oblig Bonds | C | Interest | M | T | Buy | 04/17/19 | M | | |
| 155.  -AZ Brd Regents Univ AZ Sys Bonds | A | Interest | L | T | Buy | 04/24/19 | L | | |
| 156.  -Metro ORE Genl Oblig Bonds | D | Interest | M | T | Buy | 05/02/19 | M | | |
| 157.  -Baltimore MD Consol Pub Impt Gen Oblig Bonds | A | Interest | K | T | Buy | 05/08/19 | K | | |
| 158.  -Lubbock Tx Indep Sch Dist Bonds | A | Interest | K | T | Buy | 10/31/19 | K | | |
| 159.  -Palm beach FLA Pub Imp Ref Bonds | A | Interest | J | T | Buy | 02/05/19 | J | | |
| 160.  -IRA #11 (H) | | | | | | | | | |
| 161.  -Fidelity Cash Reserves | F | Dividend | P1 | T | | | | | |
| 162.  -IRA #12 (H) | | | | | | | | | |
| 163.  -Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 164.  -Chester Cnty PA Bonds | B | Interest | L | T | Buy | 06/25/19 | L | | |
| 165.  -Portland Ore Bonds | C | Interest | L | T | Buy | 06/25/19 | L | | |
| 166.  -Texas A&M Univ Fin Sys Bonds | B | Interest | L | T | Buy | 06/25/19 | L | | |
| 167.  -Frisco TX Comb Surplus CTFS Oblig Bonds | C | Interest | L | T | Buy | 06/27/19 | L | | |
| 168.  -Univ Color ENT Sys Regents Bonds | B | Interest | L | T | Buy | 07/10/19 | L | | |
| 169.  -Calif ST Univ Bonds | C | Interest | L | T | Buy | 07/12/19 | L | | |
| 170.  -Rockville MD Taxable GO Bonds | C | Interest | L | T | Buy | 07/19/19 | L | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.   -NY NY Taxable GO Bonds | C | Interest | L | T | Buy | 07/24/19 | L | | |
| 172.   -MN State VAR Purp GO Bonds | A | Interest | J | T | Buy | 08/07/19 | J | | |
| 173.   -NYC Transitional Fin Auth Rev Bonds | B | Interest | L | T | Buy | 08/09/19 | L | | |
| 174.   -MS State Taxable GO Bonds | A | Interest | K | T | Buy | 09/27/19 | K | | |
| 175. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PRESKA, LORETTA A.** | 03/17/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The bonds listed in lines 10 and 16 were sold in 2018 and inadvertently omitted from last year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| **PRESKA, LORETTA A.** | 03/17/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/17/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LORETTA A. PRESKA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544